**Reinstated; Vacated and Remanded and Memorandum Opinion filed May 22, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00913-CV

---

**LEON THOMAS, Appellant**

**V.**

**CHANDRA JONES, Appellee**

---

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Court Cause No. A-189,572-A**

---

# M E M O R A N D U M   O P I N I O N

This is an appeal from a partial summary judgment signed August 22, 2012, which was made final by an order of severance signed September 13, 2012. Appellee Chandra Jones sued appellant for personal injuries after an automobile accident. After Santa Fe Auto Insurance Company, appellant's insurer, was placed into receivership by the State of Texas and later declared insolvent, the appeal was abated pursuant to the Texas Insurance Code. *See* Tex. Ins. Code §§ 443.008(d);

462.309. After expiration of the period for a stay as set out in Section 462.309, appellee requested that we continue the abatement of this appeal so that the parties' settlement of the underlying dispute could be completed. We granted the motion and extended the abatement.

On May 15, 2014, the parties filed an agreed motion to vacate the judgment and remand the case to the trial court for proceedings consistent with their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2). The motion is granted.

Accordingly, we reinstate the appeal and order the trial court's judgment signed August 22, 2012, vacated and set aside without regard to the merits. We remand the cause to the trial court for further proceedings in accordance with the parties' settlement agreement.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.